**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Philip Chihua Kao,** | Chapter 7 |
| Debtor. | Bky. No. 24-14482 (PMM) |
| **Philip Chihua Kao,** | |
| Plaintiff. | Adv. No. 24-0146 (PMM) |
| v. | |
| **Aidvantage US Dept of Education,** | |
| Defendant. | |

## ORDER REQUIRING RESTRICTION OF INFORMATION

**AND NOW**, upon consideration of the nature of the information provided in the *pro se* Plaintiff's filing (doc. #6, the "Exhibit");

It is hereby **ordered** that the Exhibit **shall be restricted from public view**.

*Patricia M. Mayer*

**Date: 1/24/25**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Philip Chihua Kao
933 Arch Street
404
Philadelphia, PA 19107